# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 11, 2020

## NO. 03-19-00745-CR

### In re Derek Rice

**APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELLY
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order denying appellant's motion for DNA retesting entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying appellant's motion for DNA retesting. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 11, 2020

## NO. 03-19-00746-CR

### In re Derek Rice

**APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELLY
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order denying appellant's motion for DNA retesting entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying appellant's motion for DNA retesting. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.